MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRADLEY D. PRICE (ILBN 6294571)
Special Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5080
Facsimile:  (408) 535-5066
Email: bradley.price@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAVIER SOTO-GONZALEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No.   CR 10-00769 JF <br><br> [PROPOSED] ORDER CONTINUING HEARING TO March 24, 2011 AND EXCLUDING TIME FROM February 3, 2011 THROUGH March 24, 2011 UNDER THE SPEEDY TRIAL ACT |

The Parties, Javier Soto-Gonzalez and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for February 3, 2011 be vacated, and that the hearing be continued to March 24, 2011. The reasons for the continuance are that (1) the government is still producing discovery materials to defense counsel that must be reviewed in preparation for defense of this case; (2) defense counsel's trial schedule prevents his appearance at certain earlier dates in March; and (3) the parties require additional time for effective preparation and are engaged in ongoing settlement discussions.

The parties stipulate that the time between February 3, 2011 and March 24, 2011 is

excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel, and would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

1
**[PROPOSED] ORDER**

2      Pursuant to agreement and stipulation of the parties and for good cause shown, the Court

3 HEREBY ORDERS that the hearing currently set for February 3, 2011 is vacated, and the

4 hearing is continued to March 24, 2011 at 9:00am.  The Court further ORDERS that the time

5 between February 3, 2011 and March 24, 2011 is excluded under the Speedy Trial Act, 18 U.S.C.

6 §3161.  The court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to

7 grant the requested continuance would unreasonably deny the defendant continuity of counsel,

8 and would unreasonably deny defense counsel reasonable time necessary for effective

9 preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that

10 the ends of justice served by granting the requested continuance outweigh the best interest of the

11 public and the defendant in a speedy trial.  The court therefore concludes that this exclusion of

12 time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

15 IT IS SO ORDERED.

17 DATED: 2/3/11

18                                  JEREMY FOGEL
                                 United States District Judge